**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**William Patrick MILLER,
Defendant—Appellant.**

Nos. 04–6859, 04–7266.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 10, 2005.

Decided March 3, 2005.

William Patrick Miller, Appellant pro se.
Jennifer Marie Hoefling, Assistant United
States Attorney, Charlotte, North Car-
olina, for Appellee.

Before WILKINSON, WILLIAMS, and
MOTZ, Circuit Judges.

No. 04–6859 affirmed; No. 04–7266
dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

William Patrick Miller seeks to appeal
the district court's orders (1) denying his
motion filed under Fed.R.Crim.P. 33 (No.
04–7266), and (2) denying his motions to
amend and for reconsideration (No. 04–
6859). We dismiss the appeal in No. 04–
7266 and affirm in No. 04–6859.

In criminal cases, the defendant must
file his notice of appeal within ten days of
the entry of judgment. Fed. R.App. P.
4(b)(1)(A); *see Awon v. United States,* 308
F.3d 133, 139 (1st Cir.2002) (applying Rule
4(b) to Rule 33 motion for new trial). With
or without a motion, the district court may
grant an extension of time of up to thirty
days upon a showing of excusable neglect
or good cause. Fed. R.App. P. 4(b)(4);
*United States v. Reyes,* 759 F.2d 351, 353
(4th Cir.1985). This appeal period is man-
datory and jurisdictional. *Browder v. Dir.,
Dep't of Corr.,* 434 U.S. 257, 264, 98 S.Ct.
556, 54 L.Ed.2d 521 (1978).

The district court entered its order de-
nying Miller's Rule 33 motion on Decem-
ber 10, 2003; the ten-day appeal period
expired on December 24, 2003. *See* Fed.
R.App. P. 26(a)(2). Miller filed his notice
of appeal after both the ten-day period and
the thirty-day excusable neglect period ex-
pired. The notice of appeal is therefore
untimely. Miller, however, argues on ap-
peal that because he did not receive a copy
of the court's order denying his Rule 33
motion, the appeal period should be ex-
tended and his notice of appeal deemed
timely filed. Miller's argument is foreclos-
ed by our decision in *United States v.
Little,* 392 F.3d 671, 682 (4th Cir.2004)
(concluding that time to appeal under Rule
4(b) may not be extended in criminal case
even though party seeking to appeal did
not receive proper notice of district court's
order). Accordingly, we dismiss the ap-
peal in No. 04–7266 for lack of jurisdiction.

Turning to the appeal in No. 04–6859,
we have reviewed the record and find no
reversible error. Accordingly, we affirm
the orders denying Miller's motions to
amend and for reconsideration for the rea-
sons stated by the district court. *United
States v. Miller,* Nos. CR–98–7–MU; CA–

01–598–MU (W.D.N.C. Apr. 6, 2004; Apr. 22, 2004).

We deny Miller's motion to file a supplemental brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

*DISMISSED.*